# United States District Court
### FOR THE JUDICIAL DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

MILDRED VIOLETA BONILLA-DIAZ,

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 62 (M)

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief that

On or about January 27, 2007, in the District of Puerto Rico and elsewhere and within the jurisdiction of this Court,

**MILDRED VIOLETA BONILLA-DIAZ,**

the defendant herein, did knowingly cause to be delivered by mail according to directions thereon, three (3) firearms, as that term is defined in Title 18, United States Code, Section 921(a)(3), that is, one (1) S&W, .40 caliber, Military Police handgun, bearing SN MPA2295, one (1) semi-automatic Century International Arms rifle, 7.62 caliber, bearing SN M70AB13135 and one (1) semi automatic ITM rifle, 7.62 caliber, bearing SN 1985SBB3457 all declared nonmailable pursuant to Title 18, United States Code, Section 1715. All in violation of Title 18, United States Code, Section 1715.

I further state that I am <u>U.S. Postal Inspector Steven Nardoni</u> and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED AND MADE PART HEREOF**

**DEFENDANT TO BE DETAINED PENDING TRIAL**

Complaint Authorized by A.U.S.A. Dina Avila-Jiménez

Continued on the attached sheet and made a part hereof:  X  Yes  __ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

JAN 29 2007                                      at    Hato Rey, Puerto Rico
Date                                                        City and State

CAMILLE L. VELEZ-RIVE
U.S. Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer